IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARTINO CARTIER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **HSN, INC., HSNi, LLC,** | : | |
| **DOES 1-10 and QVC. INC.** | : | **NO. 23-cv-87** |

### ORDER

**NOW**, this 23rd day of May, 2023, upon consideration of the Defendants' Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim (Doc. No. 17), the plaintiff's response, and the defendants' reply, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. To the extent the motion seeks dismissal of Counts I and II of the Amended Complaint, it is **DENIED**.

2. To the extent the motion seeks dismissal of Count III of the Amended Complaint, it is **GRANTED**.

3. Count III of the Amended Complaint is **DISMISSED**.

_____
TIMOTHY J. SAVAGE, J.